NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STONERIDGE CONTROL DEVICES, INC.,**

*Appellant*

**v.**

**ZF NORTH AMERICA, INC., ZF ACTIVE SAFETY US INC.,**

*Appellees*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**

*Intervenor*

---

2024-2198

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00273.

---

**O R D E R**

The parties having so agreed, it is ordered that:

2   STONERIDGE CONTROL DEVICES, INC. V. ZF NORTH AMERICA,
                                                      INC.

(1) The proceeding is DISMISSED under Fed. R. App.
P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

November 22, 2024
        Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 22, 2024